102 A.3d 417

**Le'Var HARLEY, Petitioner**

v.

**Glynniss D. HILL, J., Respondent.**

**No. 133 EM 2014.**

Supreme Court of Pennsylvania.

Oct. 23, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of October, 2014, the Application for Leave to File Original Process is **GRANTED** and the Petition for Writ of Mandamus and/or Extraordinary Relief and the Application for an Immediate Hearing are **DENIED.** The Prothonotary is instructed to **STRIKE** the name of the jurist from the caption.

102 A.3d 418

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Caesar GRANT, Petitioner.**

**No. 134 EM 2014.**

Supreme Court of Pennsylvania.

Oct. 23, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of October, 2014, the Petition for Assumption of Jurisdiction is **DENIED.**